UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| In Re:<br>Robert Casci and Natalie Casci | Case Number 10-11598-ANV<br>Chapter 7 |
|---|---|

## CONSENT ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This case having come before the undersigned United States Bankruptcy Judge for the District of Rhode Island, upon request of **U.S. Bank National Association, as Trustee for JPM ALT 2006-S4** ("Movant") for Relief From Automatic Stay and; and no objection having been filed, or after a hearing thereon, as the case maybe, and after proper notice was given;

**WHEREFORE,** the Court grants Relief from Automatic Stay to Movant effective as of June 4, 2012, to seek foreclosure on property known as *24 Cedarwood Lane, Hopkinton, RI 02832* by entry and by the power of sale.

**NOW, THEREFORE,** it is hereby ORDERED, ADJUDGED AND DECREED that Movant is granted Relief from Automatic Stay to pursue its state and/or federal law remedies under the Mortgage recorded with the Town of Hopkinton Land Evidence Records in Book 444, Page 719 as affected by a Loan Modification Agreement recorded at said Land Evidence Records in Book 476, Page 201, and under the Note secured thereby, including without limitation, foreclosing the mortgage in accordance with applicable law, accepting a deed-in-lieu of foreclosure, and prosecuting one or more eviction actions against any persons residing in the Property. The Debtors shall retain all rights to pursue any and all state law remedies.

**IT IS FURTHER ORDERED** that Movant may assess the Debtors' mortgage account with reasonable attorney's fees and costs in the amount of $726.00 in connection with this Motion for Relief from Stay. If the Debtors received a Chapter 7 discharge after Movant's loan was originated, said Attorney's fees and costs shall be non-recourse against the Debtors unless Movant's debt was included in a reaffirmation agreement, and

**IT IS FURTHER ORDERED** that the 14-day stay Bankruptcy Rule 4001 (a)(3) is not applicable so that Movant may commence or resume foreclosure proceedings in connection with the above-referenced property as of June 4, 2012

Date: May 9, 2012

| | |
|---|---|
| U.S. Bank National Association, as Trustee,<br>by its attorneys, | Robert Casci and Natalie Casci,<br>by their attorney, |
| /s/ Lynn Bouvier Kapiskas<br>Lynn Bouvier Kapiskas, Esquire<br>RI#3921<br>Law Offices of Mark L. Smith<br>176 Eddie Dowling Highway<br>North Smithfield, RI 02896<br>Tel: (401) 769-4120<br>(Local Counsel) | /s/ John B. Ennis<br>John B. Ennis, Esquire<br>RI#2135<br>1200 Reservoir Avenue<br>Cranston, RI 02920<br>Tel: (401) 943-9230<br>jbelaw@aol.com |
| /s/ Susan W. Cody<br>Susan W. Cody, Esquire<br>RI#6150<br>Korde & Associates, P.C.<br>321 Billerica Road, Suite 210<br>Chelmsford, MA 01824<br>Tel: 978-256-1500<br>bankruptcy@kordeassoc.com<br>(Primary Counsel) | Entered on Docket: 5/9/12<br><br>_____<br>Hon. Arthur N. Votolato<br>U.S.Bankruptcy Court Judge |